■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES J. SHUTTER, Appellant.—Judgment unanimously affirmed. Memorandum: Viewing the evidence in the light most favorable to the People *(see,* CPL 290.10 [1]; *People v Contes,* 60 NY2d 620, 621; *People v Vasquez,* 142 AD2d 698, 700, *lv denied* 72 NY2d 1050), we find that it was legally sufficient to sustain defendant's convictions for attempted burglary in the second degree *(see, People v Middleton,* 140 AD2d 550, *lv denied* 72 NY2d 959; *People v Terry,* 43 AD2d 875; *see also, People v Castillo,* 47 NY2d 270, 277-278; *People v Bracey,* 41 NY2d 296, 300-302, *rearg denied* 41 NY2d 1010). Defendant's contention that the court's charge on intent improperly shifted the burden of proof to him *(see, Sandstrom v Montana,* 442 US 510) is not preserved for our review and lacks merit in any event because the court's language merely described a permissive inference *(see, People v Getch,* 50 NY2d 456, 463-464). (Appeal from judgment of Cayuga County Court, Corning, J.—attempted burglary, second degree.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.